P37452



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09
```

**TO:** Honorable Denny Chin
U.S. District Court Judge

**FROM:** Bernadine Fields
Supervising U.S. Probation Officer

Re: Mayra Fernandez
Docket No.: 06 CR 844-01 (DC)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway, 14th floor, so that we may take appropriate action.

Respectfully submitted,

Supervising U.S. Probation Officer

Prepared By: MRJ

Mark R. Johnson
Senior U.S. Probation Officer
212-805-5168

DATE: April 21, 2009

NY 201
Rev.12/07

## Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable Denny Chin<br>U.S. District Court Judge | OFFENSE: | Hobbs Act Conspiracy<br>(18 USC 1951) |
| From: | Mark R. Johnson<br>Senior U.S. Probation Officer | Original Sentence Date: | May 26, 2009 |
| Re: | Mayra Fernandez<br>DKT. # 06 CR 844 | Required Submission to Counsel Date:<br>(35)Days) April 21, 2009 | |
| Date: | April 21, 2009 | Defense Counsel : | Peter Quijano |
| AUSA: | Michael Maimin | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This adjournment is requested for the following reason:

On February 27, 2009, this officer contacted the U.S. Attorney's Office requesting the necessary documents to prepared the presentence report. On April 8, 2009, this officer received a reply from AUSA Michael Maimin, who advised he "picked up this case for plea purposes, but, since the assigned AUSA is still on maternity leave, I will track down the info for you."

On April 13, 2009, this officer contacted AUSA Maimin once again in connection with obtaining the necessary documents. We received an automated email response informing that AUSA Maimin is currently on trial before the Honorable Denny Chin, and that he will be checking his voice mail and email periodically. Further, he referred all urgent matters to AUSA Parvin Moyne.

On April 21, 2009, this officer forwarded an email to AUSA Parvin Moyne regarding the case documents, and AUSA Moyne advised that she is currently out on jury duty, and that she would forward this correspondence to AUSA Maimin, "in case he is able to get you the materials during a break."

As we have been unable to obtain the necessary documents in order to prepare the offense conduct, and to perform the guideline analysis, we are seeking an adjournment until at least June 29, 2009.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

                                Respectfully submitted,

                                Michael J. Fitzpatrick
                                Chief U.S. Probation Officer

By:                  _____

                                Mark R. Johnson
                                Senior U.S. Probation Officer
                                212-805-5168

Approved By:        _____
                     SUSPO

1. AN ADJOURNMENT IS GRANTED: ✓

   IF APPROVED, NEW DATE OF SENTENCE _____ TIME & ROOM _____

2. REQUEST IS DENIED _____

__4/23/09__  
DATE

_____  
U.S. DISTRICT COURT JUDGE

cc: Michael Maimin  
U.S. Attorney's Office  
1 St. Andrew's Plaza  
New York, NY 10007  
michael.maimin@usdoj.gov

Peter Quijano  
Quijano & Ennis, P.C.  
381 Park Avenue South, Suite 701  
New York, NY 10016  
peter@qandelaw.com

NY 468